IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ANNA MAY RICHTER, <br><br> Plaintiff, <br><br> V. <br><br> BEN SMITH, in his individual capacity as <br><br> Sac County Attorney, <br><br> Defendant. | No. 16-CV-4098 <br><br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through counsel undersigned, hereby stipulate and agree that all claims asserted in this lawsuit may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

/s/ Julia Ofenbakh
Julia A. Ofenbakh, AT0010124
**IOWA DEFENDERS, PLLC**
1501 42nd Street, Suite 446
West Des Moines, IA 50266
Phone: (515) 868-0088
Facsimile: (515) 963-5370
Email: julia@iowadefenders.com
ATTORNEY FOR PLAINTIFF

Anna Richter, Plaintiff

/s/ Krisopher K. Madsen
Kristopher K. Madsen, AT0004969
**STUART TINLEY LAW FIRM LLP**
310 W. Kanesville Blvd., 2nd Floor
P.O. Box 398
Council Bluffs, IA 51502
Phone: (712) 322-4033
Facsimile: (712) 322-6243
Email: kmadsen@stuarttinley.com
ATTORNEY FOR DEFENDANT

/s/ Robert M. Livingston
Robert M. Livingston, AT0004728
**STUART TINLEY LAW FIRM LLP**
310 W. Kanesville Blvd., 2nd Floor
P.O. Box 398
Council Bluffs, IA 51502
Phone: (712) 322-4033
Facsimile: (712) 322-6243
Email: rlivingston@stuarttinley.com
ATTORNEY FOR DEFENANT